**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 |
TEL (212) 849-7000 FAX (212) 849-7100
WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S INTERNET ADDRESS
danbrockett@quinnemanuel.com

**COHENMILSTEIN**

Michael B. Eisenkraft
(212) 838-0177
meisenkraft@cohenmilstein.com

March 13, 2019

**Via ECF**

The Honorable Paul A. Engelmayer
United States District Court for the Southern District of New York
40 Foley Square, Room 2201, New York, NY 10007

Re:   *In re: Interest Rate Swaps Antitrust Litigation*, No. 16-MD-2704 (PAE)
      *This Document Relates To All Class Actions*

Dear Judge Engelmayer:

In accordance with the Court's Order Resolving Discovery Dispute (Dkt. No. 728, Order No. 59), Class Plaintiffs write to inform the Court that the depositions of Tradeweb's chief executive officer and president have been agreed to and scheduled for the following dates:

Lee Olesky – April 24, 2019.

Billy Hult – April 23, 2019.

Respectfully submitted,

/s/ Daniel L. Brockett                      /s/ Michael Eisenkraft

Daniel L. Brockett                          Michael Eisenkraft
Co-Lead Counsel for Plaintiffs              Co-Lead Counsel for Plaintiff

The Court appreciates this update.     3/13/19
SO ORDERED.
                            *Paul A. Engelmayer*
                            ─────────────────────
                            PAUL A. ENGELMAYER
                            United States District Judge